UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>           Plaintiff,<br><br>    v.<br><br>LETICIA P. PEREZ,<br><br>           Defendant. | 2:23-po-00018-KJN<br><br>ORDER TO DISMISS AND VACATE STATUS CONFERENCE<br><br>DATE:  April 12, 2023<br>TIME:  10:00 a.m.<br>JUDGE: Honorable Kendall J. Newman |

It is hereby ordered that the plaintiff United States of America's Motion to Dismiss Case Number 2:23-po-00018-KJN without prejudice is GRANTED.

It is further ordered that the status conference scheduled on April 12, 2023, is vacated.

IT IS SO ORDERED.

Dated: April 11, 2023

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE